

October 19, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *Hedges v. Champlain College Incorporated,*
                 Case No.: 1:20-cv-6079-PGG-SN

Dear Judge Gardephe,

      The undersigned represents Donna Hedges, on behalf of herself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Champlain College Incorporated, ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                                              Respectfully submitted,

                                                                      */s/Jeffrey M. Gottlieb, Esq.*
                                                                       Jeffrey M. Gottlieb, Esq.

cc: all counsel of record VIA ECF