UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DONNA HEDGES, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

    v.

CHAMPLAIN COLLEGE INCORPORATED,

    Defendant.

------------------------------------- x

No.: 1:20-cv-6079

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, CHAMPLAIN COLLEGE INCORPORATED, from the above entitled action, with prejudice and without fees and costs.

Dated: New York, New York
       December 15, 2020

                            **GOTTLIEB & ASSOCIATES**

                            */s/Jeffrey M. Gottlieb, Esq.*

                            Jeffrey M. Gottlieb, Esq., (JG-7905)
                            150 East 18th Street, Suite PHR
                            New York, NY 10003
                            Phone: (212) 228-9795
                            Fax: (212) 982-6284
                            Jeffrey@Gottlieb.legal

                            *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge